# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **DOCKET NO: 3:17-CR-56-MOC-DSC** |
| **V.** ) | |
| ) | **ORDER** |
| ) | |
| **ROBERTO SEVERINO HINOJOSA** ) | |
| _____ ) | |

This matter is before the Court on its own Motion to administratively close the case as to **Roberto Severino Hinojosa.** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

**It is, therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 20, 2020

*Max O. Cogburn Jr*
United States District Judge